UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X

UNITED STATES OF AMERICA,

                -against-

Melfrin Abreu Polanco

                              Defendant(s).
-------------------------------------------------------------------X

**CONSENT TO PROCEED BY VIDEO OR TELE CONFERENCE**

-CR-     (  ) (  )

Defendant __Melfrin Abreu Polanco_____ hereby voluntarily consents to participate in the following proceeding via _x_ videoconferencing or _x_ teleconferencing:

_x_    Initial Appearance Before a Judicial Officer

___    Arraignment (Note:  If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

___    Bail/Detention Hearing

___    Conference Before a Judicial Officer

(On January 14, 2021 during a telephone call Mr. Polanco authorized Benjamin Gold to electronically sign this form on his behalf)

*Melfrin Abreu Polanco*
Defendant's Signature
(Judge may obtain verbal consent on
Record and Sign for Defendant)

*Ben G*
Defendant's Counsel's Signature

Melfran Abreu Polanco
Print Defendant's Name

Benjamin Gold
Print Counsel's Name

This proceeding was conducted by reliable video or telephone conferencing technology.

1/14/2021
Date

*Judith C. McCarthy*
U.S. District Judge/U.S. Magistrate Judge